UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KOYNE D. SMITH | * | CIVIL ACTION NO.: |
| | * | |
| | * | SECTION: |
| V. | * | |
| | * | JUDGE: |
| CVS PHARMACY | * | |
| | * | MAGISTRATE: |
| *   *   *   *   *   *   * | * | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA.

CVS Pharmacy, Inc. and Louisiana CVS Pharmacy, LLC, (improperly named as CVS Pharmacy in plaintiff's Petition for Damages), respectfully state as follows:

1. CVS Pharmacy, Inc. and Louisiana CVS Pharmacy, LLC desire to exercise their rights under the provisions of Title 28 U.S.C. § 1441, et seq., to remove this action from the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, in which said cause is now pending under the name and style "Koyne D. Smith v. CVS Pharmacy, No. 08-4304, Section '1'".

2. On November 24, 2008, plaintiff, Koyne D. Smith, filed an action captioned "Koyne D. Smith v. CVS Pharmacy", bearing docket number 08-4304, in the

      Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana. (Exhibit "A").

3. The Petition was served on CVS Pharmacy, Inc. through its registered agent for service of process, C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808 on December 8, 2008 and CVS Pharmacy, Inc. received a copy of the petition on or about December 11, 2008. (Exhibit "B"). Therefore, Notice of Removal is filed timely under 28 U.S.C. Section 1446(b).

4. Although plaintiff named only CVS Pharmacy in the Petition for Damages, an answer was filed on behalf of CVS Pharmacy, Inc. as well as Louisiana CVS Pharmacy, LLC, the entity which operates the CVS store located at 3423 Cypress Street, West Monroe, Louisiana. (Exhibit "C").

5. As alleged in the Petition for Damages, plaintiff, Koyne D. Smith, is a permanent resident of Missouri City, Texas and a temporary resident of Ouachita Parish, Louisiana. Based upon her petition, plaintiff's citizenship is either Texas or Louisiana.

6. Defendant, CVS Pharmacy, Inc., is a Rhode Island corporation and has its principal office located at One CVS Drive, Woonsocket, Rhode Island 02895. CVS Pharmacy, Inc.'s citizenship is therefore the state of Rhode Island. Louisiana CVS Pharmacy, LLC is a limited liability company organized under the laws of the State of Louisiana, the sole member of which is CVS Pharmacy, Inc. Louisiana CVS Pharmacy, LLC's citizenship is therefore the state of Rhode Island, the citizenship of its sole member, CVS Pharmacy, Inc. (Exhibit "C").

7. This dispute is therefore between citizens of different states and there is complete diversity of parties.

8. In her Petition for Damages, plaintiff asserts claims for general damages, past and future medical expenses and past and future lost wages. The amount of lost wages claimed in plaintiff's petition is in excess of $100,000.00. Accordingly, the amount in controversy is in excess of $75,000.00.

9. This action may be removed to this Court pursuant to 28 U.S.C. Section 1441(a), as there is complete diversity of citizenship between the proper parties and the judgment value of the damages sought by plaintiff is in excess of the federal jurisdictional limit.

10. Defendant is filing with this Notice of Removal the following:

(a) Civil Cover Sheet;

(b) A copy of the Petition for Damages filed by plaintiff, Koyne D. Smith. (Exhibit "A").

(c) A copy of the Service of Process Transmittal, C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808 – showing service on 12/8/08. (Exhibit "B").

(d) A copy of the Answer filed on behalf of CVS Pharmacy, Inc. and Louisiana CVS Pharmacy, LLC. (Exhibit "C").

(e) A copy of printouts from the Louisiana Secretary of State website showing the corporate information for CVS Pharmacy, Inc. and Louisiana CVS Pharmacy, LLC. (Exhibit "D");

   (f) A list of all attorneys, including their addresses, telephone numbers and who they represent. (Exhibit "E").

11. Defendants attach a certified copy of the state court record. (Exhibit "F")

12. Defendants have given or are in the process of giving notice of the filing of this Notice of Removal to the State Court and to plaintiff, Koyne D. Smith, through her attorney of record, Clyde Lain, II.

**WHEREFORE**, CVS Pharmacy, Inc. and Louisiana CVS Pharmacy, LLC, respectfully request that this Court remove this action from the Fourth Judicial District Court, Parish of Ouachita, State of Louisiana, to the United States District Court for the Western District of Louisiana.

Respectfully submitted,

Richard G. Duplantier, Jr. /s/

_____
RICHARD G. DUPLANTIER, JR. (#18874) (T.A.)
rduplantier@gjtbs.com
PETER A. BOURGEOIS (#27389)
pbourgeois@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Fax:  (504) 525-2456
*Counsel for CVS Corporation and Louisiana CVS Pharmacy, L.L.C.*

- 5 -

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon all counsel of record, by depositing a copy of same in the United States Mail, properly addressed, postage prepaid, on this ___7th___ day of January 2009.

        Richard G. Duplantier, Jr. /s/

        RICHARD G. DUPLANTIER, JR.