## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA - MONROE DIVISION

**KOYNE D. SMITH**                         **CIVIL ACTION NO. 3:09CV0017**

**VS.**                                    **JUDGE JAMES**

**CVS PHARMACY**                           **MAGISTRATE JUDGE HAYES**

### O R D E R

Considering the foregoing unopposed Motion to Remand;

**IT IS ORDERED** that this case is remanded to the Fourth Judicial District

Court, Parish of Ouachita, State of Louisiana.

Signed this ___2nd___ day of___July_____, 2010.

_____
                    JUDGE